IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

_____

| | | |
|---|---|---|
| MARILOU MARIE HATLER, | ) | Cause No. CV-20-00069-BMM |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| MOUNTAIN WEST FARM BUREAU | ) | ORDER GRANTING |
| MUTUAL INSURANCE COMPANY, | ) | PLAINTIFF'S UNOPPOSED |
| and JOHN DOES I-III, | ) | MOTION TO CONTINUE |
| | ) | HEARING ON MOTIONS |
| Defendants. | ) | |

_____

Plaintiff requested this Court's order continuing the hearing on Motions for Summary Judgment now scheduled for February 16, 2021, at 1:30 p.m., it appearing that Defendant does not object to the proposed continuation of the hearing date, and for good cause appearing

IT IS HEREBY ORDERED the hearing on the parties' Motions for Summary Judgment now scheduled for February 16, 2021, at 1:30 p.m., is vacated, and the hearing is reset for March 23, 2021 at 1:30 p.m.

DATED this 1st day of February, 2021.

_____
Brian Morris, Chief District Judge
United States District Court