UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MARILOU MARIE HATLER,<br><br>Plaintiff,<br><br>vs.<br><br>MOUNTAIN WEST FARM BUREAU MUTUAL INSURANCE COMPANY, And JOHN DOES I-III,<br><br>Defendants. | Case No. CV-20-69-GF-BMM<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that Defendants' Motion for Summary Judgment (Doc. 24) is GRANTED. Plaintiff's Motion for Summary Judgment (Doc. 14) is DENIED.

Dated this 24th day of June, 2021.

TYLER P. GILMAN, CLERK

By: /s/ Suzy Redding
Suzy Redding, Deputy Clerk